**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Omar DALEY, Defendant—Appellant.**

No. 07–6120.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 30, 2007.

Decided: Sept. 6, 2007.

Omar Daley, Appellant Pro Se. Michael Cornell Wallace, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

---

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Omar Daley seeks to appeal the district court's order denying his 28 U.S.C. § 2255 (2000) motion as to two of his claims, and directing an evidentiary hearing be held on his third claim. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Daley seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*